IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
GRAND RAPIDS DIVISION

_____

| | |
|---|---|
| In re ) | |
| ) | Chapter 13 |
| ROBERT L. TOWNSEND, ) | |
|     Debtor(s) ) | Case No. 17-02864-jwb |
| ) | |
| ) | BANKRUPTCY JUDGE |
| ) | JAMES W. BOYD |

_____

**REQUEST OF THE HEALTH LAW PARTNERS, P.C.
FOR SERVICE OF NOTICES PURSUANT TO FED. R. BANKR. P. 2002(g)**

      PLEASE TAKE NOTICE that Robert S. Iwrey, Esquire, as authorized agent for The Health Law Partners, P.C., a creditor in the above-captioned chapter 13 case, requests, pursuant to Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure (the Bankruptcy Rules) and sections 102(1), 342 and 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101, et seq. (as amended, the Bankruptcy Code), that all notices given or required to be given and all papers served or required to be served in this case be also given to and served, whether electronically or otherwise, on:

Robert S. Iwrey, Esquire<br>
The Health Law Partners, P.C.<br>
29566 Northwestern Hwy., Ste. 200<br>
Southfield, Michigan 48034<br>
Telephone: (248) 996-8510<br>
Fax: (248) 996-8525<br>
Email: riwrey@thehlp.com

                                          By: */s/ Robert S. Iwrey*_____
                                          Robert S. Iwrey (P48688)
                                          The Health Law Partners, P.C.
                                          29566 Northwestern Hwy., Ste. 200
                                          Southfield, Michigan 48034
Dated: June 28, 2017                       (248) 996-8510